WILLIAM T. EMMET et al., as Substituted Trustees of Trusts Created by the Will of BENJAMIN H. LILLIE, Deceased, Respondents, *v.* ELLA V. L. RUNYON et al., Respondents, and JULIA W. PORGES, Appellant.

Reported below, 151 App. Div. 888.
(Argued January 6, 1913; decided January 6, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1912, affirming a judgment of Special Term in an action for an accounting.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence and that, therefore, no appeal could be taken to the Court of Appeals and that the appellant had failed to perfect her appeal by filing the required case.

*Louis Hanneman* for motion.

*Robert A. B. Dayton* opposed.

Motion denied, without costs.